**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| KEVIN RUSSELL COBBS,<br><br>Plaintiff,<br><br>v.<br><br>CHRIS WEST, in his official capacity; KEVIN WARD, in his official capacity; KRISTIE CARTER, in her official capacity; and TRACEY BURTON, in his official capacity,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-26-191-SLP |

**<u>O R D E R</u>**

Before the Court is the Report and Recommendation (R&R) of United States Magistrate Judge Chris M. Stephens [Doc. No. 24]. The Magistrate Judge recommends that the Court: (1) grant in part Defendants' Motion to Quash Service [Doc. No. 22] and quash the prior service attempts on Defendants Chris West, Kevin Ward, Kristie Carter, and Tracey Burton; (2) allow Plaintiff an additional sixty (60) days to effect proper service on the individual Defendants; (3) dismiss Defendant Canadian County; and (4) deny as moot Defendants' Motion to Deem Their Motion to Quash Service Confessed [Doc. No. 23]. R&R [Doc. No. 24] at 7. The Magistrate Judge advised the parties of their right to object to the R&R and directed that any objections be filed on or before October 13, 2026. *Id.*.

On October 13, 2026, the Court received a document titled "Plaintiff's Objection to Report and Recommendation and Request for Leave to Correct County Defendant" [Doc.

No. 25]. However, such document is not signed by Plaintiff nor an attorney on behalf of Plaintiff as required by Fed. R. Civ. P. 11(a). The Court STRIKES the filing [Doc. No. 25].

Even if the Court were to accept such filing, the document does not cite any authority and does not specifically object to any of the Magistrate Judge's findings and conclusions in the R&R. Rather, it appears that the document contains a request to amend the Amended Complaint so as to add the Board of County Commissioners of Canadian County as a defendant, which Plaintiff may request to do so by separate motion.[1]

Because no proper objection has been filed nor has an extension of time in which to object been sought or granted, the Court finds that the parties have waived further review of all issues addressed in the R&R. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010). Upon review, the Court fully concurs with the analysis set forth in the R&R.

IT IS THERFORE ORDERED that the Report and Recommendation [Doc. No. 24] is ADOPTED in its entirety and the Court orders as follows:

1. Defendants' Motion to Quash Service [Doc. No. 22] is GRANTED IN PART. Plaintiff's previous service attempts against Defendants Chris West, Kevin Ward, Kristie Carter, and Tracey Burton are QUASHED. Plaintiff is permitted an additional sixty (60) days from the date of this Order, or by December 14, 2026, to serve Defendants Chris

---

[1] The Magistrate Judge noted in the R&R that "Plaintiff's official-capacity claims against [the individual] Defendants are the equivalent of claims against Canadian County." *See* R&R [Doc. No. 24] (citing *Myers v. Okla. Cnty. Bd. of Cnty. Comm'rs*, 151 F.3d 1313, 1316 n. 2 (10th Cir. 1998)).

West, Kevin Ward, Kristie Carter, and Tracey Burton. The claims against Defendant Canadian County are DISMISSED WITHOUT PREJUDICE.

2. Defendants' Motion to Deem Motion to Quash Service as Confessed [Doc. No. 23] is DENIED as moot.

IT IS SO ORDERED this 14th day of October, 2026.

**SCOTT L. PALK**
**CHIEF UNITED STATES DISTRICT JUDGE**